IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-00146-MR-WCM

| | | |
|---|---|---|
| ANGELITA BRIDDELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| THE CITY OF SHELBY and JOHN WHITE, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 5) filed by G. Christopher Olson. The Motion indicates that Mr. Olson, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Thomas R. Kayes, who the Motion represents as being a member in good standing of the Bar of Illinois. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 5) and **ADMITS** Thomas R. Kayes to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: June 20, 2024

W. Carleton Metcalf
United States Magistrate Judge